719 A.2d 155
IN THE MATTER OF GLENN D. DESANTIS,
AN ATTORNEY AT LAW.

October 20, 1998.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **GLENN D. DESANTIS** of **LAFAYETTE HILL, PENNSYLVANIA,** who was admitted to the bar of this State in 1986, and who was suspended from the practice of law for a period of two years effective October 2, 1995, by Order of this Court dated February 24, 1997, be restored to the practice of law, effective immediately.